UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM VU,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 18-cv-03594-SI<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Dkt. No. 49 |

The parties have submitted a discovery dispute to the Court. The disagreement stems from the unavailability of defendant's employee Tamara Chukes, the claims adjuster who investigated and denied plaintiff's claim. Ms. Chukes is currently on medical leave, which was originally to be through February 4, 2019 but has now been extended until March 31, 2019.

Plaintiff's counsel wishes to depose Ms. Chukes, "the key percipient witness in this case," before the upcoming mediation, currently set for March 29, 2019. Defense counsel indicates that Ms. Chukes is unavailable at least until her medical leave expires on March 31. 2019.[1]

Since Ms. Chukes is an important witness and plaintiff wishes to take her deposition prior to the parties' mediation, the mediation cut-off is hereby extended from March 31, 2019 to May 31, 2019. The parties are directed to set a mutually agreeable date for Ms. Chukes's deposition to take

---

[1] Plaintiff's counsel has sought information about Ms. Chukes's availability, asking: "(1) Is Ms. Chukes available for deposition notwithstanding her leave?; (2) Is Ms. Chukes incapacitated? (3) Will Ms. Chukes be available on a date certain for deposition? (4) Are there accommodations possible to permit Ms. Chukes's deposition – for instance, deposition at her home, or deposition for half days over 2 or 3 days?" Defense counsel declined to answer these questions, contending that any information regarding Ms. Chukes's disability and leave of absence is confidential, privileged, and protected from disclosure.

place in April 2019, and Ms. Chukes is ordered to attend and give her testimony, with any necessary accommodations for health issues.

**IT IS SO ORDERED**.

Dated: February 14, 2019

_____
SUSAN ILLSTON
United States District Judge