UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM VU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03594-SI<br><br>**ORDER DENYING DEFENDANTS' MOTION TO FILE UNDER SEAL**<br><br>Re: Dkt. No. 54 |

On April 3, 2019, defendants filed an administrative motion to file under seal documents in connection with a joint discovery dispute letter filed the same day. Dkt. Nos. 53 and 54. Defendants filed a redacted version of the document they wish to file under seal but not an unredacted document. Dkt. No. 54-4. Defendants' administrative motion therefore fails to comply with Local Rule 79-5(d)(1)(D) and is **DENIED**. Defendants may re-file their motion in compliance with the Local Rules.

**IT IS SO ORDERED**.

Dated: April 4, 2019

_____
SUSAN ILLSTON
United States District Judge