BLAKE J. RUSSUM (SBN 258031)
JACLYN D. CONOVER (SBN 266749)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: blake.russum@rmkb.com
jaclyn.conover@rmkb.com

Attorneys for Defendants
LIBERTY INSURANCE CORPORATION and
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM VU, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LIBERTY INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY, and Does 1 through 20,<br><br>　　　　Defendants. | CASE NO. 18-CV-03594-SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**IT IS HEREBY STIPULATED** by and between the Plaintiff, TAM VU, and Defendants LIBERTY INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

//

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

Dated: July 8, 2019					ROPERS, MAJESKI, KOHN & BENTLEY


							By: /s/ *Blake J. Russum*
							BLAKE J. RUSSUM
							JACLYN D. CONOVER
							Attorneys for Defendants, LIBERTY INSURANCE CORPORATION and LIBERTY MUTUAL INSURANCE COMPANY


Dated: July 8, 2019					KERLEY SCHAFFER, LLP


							By: /s/ *Dylan L. Schaffer*
							DYLAN L. SCHAFFER
							Attorneys for Plaintiff


## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: 7/8/19					_____
							United States District Judge